UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Janel World Trade, Ltd., and Order Logistics, Inc., <br><br> -v- <br><br> World Logistics Services, Inc., Richard S. Francis and Brian Griffin, | Plaintiff, <br><br><br><br><br><br> Defendant. |

Judge Sullivan

Case No. 08CV01327

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Janel World Trade, Ltd. and Order Logistics, Inc.       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Janel World Trade, Ltd.

**Date:** February 11, 2008

Signature of Attorney

**Attorney Bar Code:** WD 0362