UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JANEL WORLD TRADE, LTD., and
ORDER LOGISTICS, INC.,                      08-CV-01327 (RJS)

      Plaintiffs,

  -against-                              NOTICE OF APPEARANCE

WORLD LOGISTICS SERVICES, INC.,
RICHARD S. FRANCIS, and                  ECF Case
BRIAN P. GRIFFIN,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Hutner Klarish LLP hereby enters its appearance as attorneys of record in this action for defendant Brian P. Griffin.

Dated: New York, New York            HUTNER KLARISH LLP
       March 11, 2008                  Attorneys for Defendant Brian P. Griffin

                                       By: _____
                                           Eric S. Hutner (EH 6836)
                                    1359 Broadway, Suite 2001
                                    New York, New York 10018
                                    212-391-9235 / Fax: 212-981-9122
                                    ehutner@hutnerklarish.com