UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JANEL WORLD TRADE, LTD., et al.,
                   Plaintiffs,

-v-

WORLD LOGISTICS SERVICES, INC., et al.,
                   Defendants.

No. 08 Civ. 1327 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the request of both parties, the time for submission of plaintiff's letter in response to defendant's pre-motion letter is hereby EXTENDED until Wednesday, April 9, 2008.

SO ORDERED.

Dated:    April 1, 2008
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE