UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JANEL WORLD TRADE, LTD, and ORDER
LOGISTICS, Nevada Corporation

                                Plaintiff,    CASE No. 08-1327

-against-

WORLD LOGISTICS SERVICES, INC.,
a Delaware Corporation, RICHARD S. FRANCIS,
an individual, and BRAIN GRIFFIN, an Individual,

                                Defendants.
-----------------------------------------------------------------x

**MOTION TO ADMIT VINCENT COPPOLA *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Juan E. Monteverde, a member in good standing of the bar of this Court, hereby move for an Order allowing admission *pro hac vice* of:

> Vincent Coppola
> PRIBANIC & PRIBANIC
> 513 Court Place
> Pittsburgh, PA 15219
> Tel. (412) 281-8844
> Fx. (412) 281-4740
> vcoppola@pribanic.com

Vincent Coppola is a member in good standing of the bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Vincent Coppola in any State or Federal Court.

Dated: April 14, 2008
New York, New York

Respectfully submitted,

Juan E. Monteverde (JM8169)
LEVI & KORSINSKY, LLP
39 Broadway, suite 1601
New York, NY 10006
Tel. (212) 363-7500
Fx. (212) 363-7171
jmonteverde@zlk.com

Attorneys for Defendant
Richard S. Francis

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANEL WORLD TRADE, LTD, and ORDER
LOGISTICS, Nevada Corporation

                                                                           **CASE No. 08-1327**

                                         Plaintiff,

-against-

WORLD LOGISTICS SERVICES, INC.,
a Delaware Corporation, RICHARD S. FRANCIS,
an individual, and BRAIN GRIFFIN, an Individual,

                                         Defendants.
------------------------------------------------------------x

**DECLARATION OF JUAN E. MONTEVERDE IN SUPPORT OF MOTION TO
ADMIT VINCENT COPPOLA *PRO HAC VICE***

JUAN E. MONTEVERDE, declares under penalty of perjury:

1. I am an Associate at Levi & Korsinsky, LLP, counsel for Defendant, Richard S. Francis ("Francis") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Mr. Vincent Coppola as counsel *pro hac vice* to represent Defendant Francis in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on January 4, 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Vincent Coppola is admitted to practice before the bar of the State of Pennsylvania and is in good standing. The certificate of good standing with respect to Mr. Vincent Coppola is annexed as **Exhibit "A"** to the Declaration of Vincent Coppola.

4. Mr. Coppola is a Senior Associate with Pribanic & Pribanic in Pittsburgh, Pennsylvania.

5. Mr. Coppola has not been subjected to discipline by any court and not disciplinary charges are currently pending against him.

6. I have known and I have been working closely in a complex securities litigation case with Mr. Vincent Coppola since September 2007.

7. I have found Mr. Coppola to be a skilled attorney and a person of utmost integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

8. Accordingly, I am pleased to move the admission of Mr. Vincent Coppola, *pro hac vice*.

9. I respectfully submit a proposed order granting the admission of Mr. Vincent Coppola *pro hac vice*, which is attached hereto as **Exhibit A**.

**WHEREFORE** it is respectfully requested that the motion to admit Mr. Vincent Coppola, *pro hac vice*, to represent Defendant Richard S. Francis in the above captioned matter, be granted.

Dated: April 14, 2008

                                                Respectfully submitted,

                                                Juan E. Monteverde
                                                SDNY Bar Code: JM8169

# EXHIBIT A

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JANEL WORLD TRADE, LTD, and ORDER
LOGISTICS, Nevada Corporation

                                                                                  **CASE No. 08-1327**

                                          Plaintiff,

-against-

WORLD LOGISTICS SERVICES, INC.,
a Delaware Corporation, RICHARD S. FRANCIS,
an individual, and BRAIN GRIFFIN, an Individual,

                                          Defendants.
-------------------------------------------------------------------x


**[PROPOSED] ORDER GRANTING ADMISSION OF VINCENT COPPOLA *PRO HAC VICE***

Upon the motion of Juan E. Monteverde, attorney for Defendant, Richard S. Francis, and his declaration in support;

IT IS HEREBY ORDERED that

>Vincent Coppola
>PRIBANIC & PRIBANIC
>513 Court Place
>Pittsburgh, PA 15219
>Tel. (412) 281-8844
>Fx. (412) 281-4740
>vcoppola@pribanic.com

is admitted to practice *pro hac vice* as attorney for Defendant, Richard S. Francis, in the above captioned case in the United States District Court for the Southern district of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: April ____, 2008
New York, New York

                                                                                                                    _____
                                                                                                                    Hon. Sullivan
                                                                                                                    United States District Judge

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
JANEL WORLD TRADE, LTD, and ORDER
LOGISTICS, Nevada Corporation

                                                                     **CASE No. 08-1327**

                                            Plaintiff,

-against-

WORLD LOGISTICS SERVICES, INC.,
a Delaware Corporation, RICHARD S. FRANCIS,
an individual, and BRIAN GRIFFIN, an Individual,

                                            Defendants.
-----------------------------------------------------------------x

**DECLARATION OF VINCENT COPPOLA**
**IN SUPPORT OF *PRO HAC VICE* APPLICATION**

VINCENT COPPOLA, declares under penalty of perjury:

I am an attorney with the law firm of Pribanic & Pribanic, 513 Court Place, Pittsburgh, PA 15219. I reside at 604 Hamilton Road, Pittsburgh, PA 15205.

I have been a member in good standing of the bar of the State of Pennsylvania since 1987. The certificate of good standing is annexed as **Exhibit "A"**. I am a member in good standing of the United States District Court for the Western District of Pennsylvania and the United States Court of Appeals, Third Circuit, since 1992.

I have not been disciplined by any Court and no disciplinary charges are currently pending against me. I have never been held in contempt of court.

I am fully familiar with the individual rules of this Court; the Local Rules of the United States District Court for the Southern District of New York; the provision of the Judicial Code that pertain to the jurisdiction of, and practice in, the United States District Courts; the Federal Rules of Civil Procedure and the Federal Rules of Evidence; and the New York State Lawyers' Code of Professional Responsibility. I will adhere to all applicable rules of conduct in connection with my activities in this Court.

I declare under penalty of perjury, under the laws of the Unites States, that the foregoing is true and correct, and that this Declaration is executed this __8th__ day of April, 2008, in Pittsburgh, Pennsylvania.

_____
Vincent Coppola



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Vincent Anthony Coppola, Esq.**

**DATE OF ADMISSION**

*November 19, 1987*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 8, 2008

John A. Vaskov, Esq.
Deputy Prothonotary

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JANEL WORLD TRADE, LTD, and ORDER
LOGISTICS, Nevada Corporation

                                    CASE No. 08-1327

                        Plaintiff,

-against-

WORLD LOGISTICS SERVICES, INC.,
a Delaware Corporation, RICHARD S. FRANCIS,
an individual, and BRAIN GRIFFIN, an Individual,

                        Defendants.
------------------------------------------------------------------x


## NOTICE OF APPEARANCE


To the Clerk of the Court and all parties of record:

      Juan E. Monteverde, Esq., a member in good standing of this Court, and an associate of the firm Levi & Korsinsky, LLP, hereby enters his appearance as counsel of record on behalf of Defendant, Richard S. Francis, in the above-captioned action, and requests that copies of all notices, pleadings, and other documents filed in this proceeding be provided to him.

Dated: April 10, 2008
New York, New York

                                    Juan E. Monteverde (JM8169)
                                    LEVI & KORSINSKY, LLP
                                    39 Broadway, suite 1601
                                    New York, NY 10006
                                    Tel. (212) 363-7500
                                    Fx. (212) 363-7171
                                    jmonteverde@zlk.com

                                    Attorneys for Defendant
                                    Richard S. Francis

# CERTIFICATE OF SERVICE

Juan E. Monteverde, under penalties of perjury, affirms as follows:

1. I am an associate at Levi & Korsinsky, LLP and I am over eighteen years of age and am not a party tot eh above referenced matter.

2. On April 14, 2008, I served the foregoing NOTICE OF APPEARANCE upon:

>WILLIAM J. DAVIS
>Scheichet & Davis, PC
>767 Third Ave., 24th Floor
>New York, NY 10017
>**Attorneys for Plaintiffs**
>
>ERIC S. HUTNER
>Hutner Klarish LLP
>1359 Broadway, Suite 2001
>New York, NY 10018
>**Attorneys for Defendants Brian P. Griffin**

the address designated by said attorneys for that purpose, by depositing a true copy thereof, in a first class pre-paid envelope properly addressed as indicated above.

Dated:   April 14, 2008

_____
Juan E. Monteverde