USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANEL WORLD TRADE, LTD. and ORDER
LOGISTICS, Nevada Corporation

                      Plaintiff,

-against-

WORLD LOGISTICS SERVICES, INC.,
a Delaware Corporation, RICHARD S. FRANCIS,
an individual, and BRAIN GRIFFIN, an Individual,

                      Defendants.
------------------------------------------------------------x

CASE No. 08-1327 (RJS)

[PROPOSED] ORDER GRANTING ADMISSION OF VINCENT COPPOLA *PRO HAC VICE*

Upon the motion of Juan E. Monteverde, attorney for Defendant, Richard S. Francis, and his declaration in support;

IT IS HEREBY ORDERED that

> Vincent Coppola
> PRIBANIC & PRIBANIC
> 513 Court Place
> Pittsburgh, PA 15219
> Tel. (412) 281-8844
> Fx. (412) 281-4740
> vcoppola@pribanic.com

is admitted to practice *pro hac vice* as attorney for Defendant, Richard S. Francis, in the above captioned case in the United States District Court for the Southern district of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: April 15, 2008
New York, New York

_____
Hon. Sullivan
United States District Judge