USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JANEL WORLD TRADE, LTD, ET ANO,**

           **Plaintiffs,**

-v-

**WORLD LOGISTICS SERVICE, INC., ET AL,**

           **Defendants.**

Case No. 08-CV-01327(RJS)
ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The Court hereby ORDERS that the parties appear for a pre motion conference in this case. The conference shall be held on May 1, 2008 at noon in the United States Courthouse for the Southern District of New York, Courtroom 21C- 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    April 23, 2008
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE