UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANEL WORLD TRADE, LTD., et al.,

                Plaintiffs,

  -v-

WORLD LOGISTICS SERVICES, INC., et al.,

                Defendants.

---

No. 08 Civ. 1327 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 5/2/08

RICHARD J. SULLIVAN, District Judge:

    At a pre-motion conference on May 1, 2008, the Court set the following schedule for Defendants' proposed motion to dismiss:

    Defendants' motion shall be filed, with courtesy copies received in chambers, no later than May 23, 2008.

    Plaintiffs' opposition shall be filed, with courtesy copies received in chambers, no later than June 13, 2008.

    Defendants' reply brief, if necessary, shall be filed, with courtesy copies received in chambers, no later than June 20, 2008.

SO ORDERED.

Dated:    May 1, 2008
               New York, New York

                                            RICHARD J. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE