UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JANEL WORLD TRADE, LTD., and
ORDER LOGISTICS, INC.,                                08-CV-01327 (RJS)

       Plaintiffs,

                                               NOTICE OF MOTION TO DISMISS
   -against-                                THE COMPLAINT PURSUANT TO
                                               FED. R. CIV. P. 12(b)(6) AND 9(b)
WORLD LOGISTICS SERVICES, INC.,           BY DEFENDANT BRIAN P. GRIFFIN
RICHARD S. FRANCIS, and
BRIAN P. GRIFFIN,                                      ECF Case

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       PLEASE TAKE NOTICE THAT the undersigned attorneys for defendant Brian P. Griffin, shall apply to the Honorable Richard J. Sullivan, U.S.D.J., of the United States District Court for the Southern District of New York, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) dismissing this action.

       PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the Memorandum of Law Submitted by Defendant Brian P. Griffin in Support of the Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), in connection with the within application.

       PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's Order dated May 1, 2008, opposing affidavits and answering memoranda of law, if any, must be filed and served upon the undersigned and all other parties no later than June 13, 2008, and reply affidavits and memoranda of law, if any, must be served upon all parties no later than June 20, 2008.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested, and that oral argument, if any, shall take place on a date and at a time designated by the Court. A proposed form of Order is submitted herewith.

Dated:  New York, New York
        May 23, 2008

                                        Respectfully submitted,

                                        HUTNER KLARISH LLP
                                        Attorneys for Defendant Brian P. Griffin
                                        1359 Broadway, Suite 2001
                                        New York, New York 10018
                                        212-391-9235


                                        By:   s/Eric S. Hutner
                                                Eric S. Hutner (EH 6836)

TO:  William J. Davis, Esq.
     Attorneys for Plaintiffs
     Scheichet & Davis, P.C.
     767 Third Avenue - 24th Floor
     New York, NY 10017

     Vincent Coppola, Esq.
     Attorneys for Defendant Richard S. Francis
     Pribanic & Pribanic
     513 Court Place
     Pittsburgh, PA 15219

     Juan E. Monteverde, Esq.
     Attorneys for Defendant Richard S. Francis
     Levi & Korsinsky, LLP
     39 Broadway, Suite 1601
     New York, NY 10006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JANEL WORLD TRADE, LTD., and
ORDER LOGISTICS, INC.,                             08-CV-01327 (RJS)

        Plaintiffs,

        -against-                              ORDER DISMISSING THE
                                                COMPLAINT PURSUANT
                                                TO FED. R. CIV. P. 12(b)(6)
WORLD LOGISTICS SERVICES, INC.,                   AND 9(b)
RICHARD S. FRANCIS, and
BRIAN P. GRIFFIN,                                  ECF Case

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**THIS MATTER** having been opened to the Court by Hutner Klarish LLP (Eric S. Hutner, appearing), attorneys for defendant Brian P. Griffin, for an Order dismissing the within action pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), upon notice to Scheichet & Davis, P.C., attorneys for plaintiffs (William J. Davis, appearing), and Levi & Korsinsky, LLP, attorneys for defendant Richard S. Francis (Juan E. Monteverde, appearing), and the Court having considered the submissions of counsel in support of and in opposition to the application, and having heard oral argument on _____, 2008, and for good cause shown; now therefore

        **IT IS** on this _____day of _____, 2008

        **ORDERED** that the motion to dismiss the within action pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), as against defendant Brian P. Griffin, be, and it hereby is, granted.

                                                                                _____
                                                                                         U.S.D.J.