UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JANEL WORLD TRADE, LTD., and
ORDER LOGISTICS, INC.,                                        08-CV-01327 (RJS)

       Plaintiffs,

  -against-

WORLD LOGISTICS SERVICES, INC.,
RICHARD S. FRANCIS, and                                       ECF Case
BRIAN P. GRIFFIN,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

    I hereby certify that on May 23, 2008, I caused the Notice of Motion to Dismiss the Complaint, the Memorandum of Law Submitted by Defendant Brian P. Griffin in Support of the Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and the proposed form of Order, and the Affidavit of Eric S. Hutner, dated May 22, 2008, to be served via ECF, First Class Mail and email upon the following:

        William J. Davis, Esq.
        Attorneys for Plaintiffs
        Scheichet & Davis, P.C.
        767 Third Avenue - 24th Floor
        New York, NY 10017

        Vincent Coppola, Esq.
        Attorneys for Defendant Richard S. Francis
        Pribanic & Pribanic
        513 Court Place
        Pittsburgh, PA 15219

        Juan E. Monteverde, Esq.
        Attorneys for Defendant Richard S. Francis
        Levi & Korsinsky, LLP
        39 Broadway, Suite 1601
        New York, NY 10006

                                  s/Eric S. Hutner
                                  Eric S. Hutner