UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANEL WORLD TRADE, LTD. AND ORDER LOGISTICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>WORLD LOGISTICS SERVICES, INC., RICHARD FRANCIS, and BRIAN GRIFFIN<br><br>Defendants. | Civil Action No. 08-CV-1327<br><br>Judge Richard J. Sullivan |

**DEFENDANT RICHARD FRANICS' NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9(b), Defendant Richard Francis, by his counsel, hereby files this motion to dismiss the Complaint of Plaintiffs, Janel World Trade, Ltd. and Order Logistics, Inc. for the reasons stated in the Memorandum of Law Submitted in Support of the Motion to Dismiss the Complaint.

PLEASE TAKE NOTICE, that pursuant to the Court's Order dated May 1, 2008, any opposition shall be filed and served upon all parties of record by June 13, 2008, and any reply, if any, shall be filed and served upon all the parties of record by June 20, 2008.

DATED: May 23, 2008

LEVI & KORSINSKY, LLP
Juan E. Monteverde (JM 8169)
39 Broadway, Suite 1601
New York, NY 10006
Phone: (212) 363-7500
Fax: (212) 363-7171
Attorneys for Defendant
Richard Francis

PRIBANIC & PRIBANIC
Vincent Coppola (Admitted Pro Hac Vice)
513 Court Place
Pittsburgh, PA 15219
Phone: (412) 281-8844
Fax: (412) 281-4740
Attorneys for Defendant
Richard Francis

## CERTIFICATE OF SERVICE

Juan E. Monteverde, under penalties of perjury, affirms as follows:

1. I am an associate at Levi & Korsinsky, LLP and I am over eighteen years of age and am not a party tot eh above referenced matter.

2. On May 23, 2008, I served the foregoing **MOTION TO DISMISS, MEMORANDUM IN SUPPORT AND DECLARATION OF VINCENT COPPOLA** in support, upon:

WILLIAM J. DAVIS
Scheichet & Davis, PC
767 Third Ave., 24th Floor
New York, NY 10017
**Attorneys for Plaintiffs**

ERIC S. HUTNER
Hutner Klarish LLP
1359 Broadway, Suite 2001
New York, NY 10018
**Attorneys for Defendant Brian P. Griffin**

the address designated by said attorneys for that purpose, by depositing a true copy thereof, in a first class pre-paid envelope properly addressed as indicated above and Via ECF.

Dated:    May 23, 2008

_____
Juan E. Monteverde