UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JANEL WORLD TRADE, LTD., and
ORDER LOGISTICS, INC.,                                          08-CV-01327 (RJS)

        Plaintiffs,

   -against-

WORLD LOGISTICS SERVICES, INC.,
RICHARD S. FRANCIS, and                                        ECF Case
BRIAN P. GRIFFIN,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2008, I caused the Reply Memorandum of Law

Submitted by Defendant Brian P. Griffin in Further Support of the Motion to Dismiss Pursuant to

Fed. R. Civ. P. 12(b)(6) and 9(b) to be served via ECF, First Class Mail and email upon the

following:

                    William J. Davis, Esq.
                    Attorneys for Plaintiffs
                    Scheichet & Davis, P.C.
                    767 Third Avenue - 24th Floor
                    New York, NY 10017

                    Vincent Coppola, Esq.
                    Attorneys for Defendant Richard S. Francis
                    Pribanic & Pribanic
                    513 Court Place
                    Pittsburgh, PA 15219

                    Juan E. Monteverde, Esq.
                    Attorneys for Defendant Richard S. Francis
                    Levi & Korsinsky, LLP
                    39 Broadway, Suite 1601
                    New York, NY 10006

                              *Tara Battimelli*

                              Tara Battimelli