UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/09
```

JANEL WORLD TRADE, LTD., et al.,
                              Plaintiffs,

-v-

WORLD LOGISTICS SERVICES, INC., et al.,
                              Defendants.

No. 08 Civ. 1327 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants' letter dated August 25, 2009, in which Defendants request an "informal conference" with the Court to discuss a discovery dispute that has arisen between the parties. As an initial matter, the Court notes that the parties have failed to comply with the Court's Individual Practice 2.F, which expressly requires that any discovery disputes be submitted to the Court as a joint letter. Nevertheless, in light of Plaintiffs' alleged failure to comply with the Court ordered case management plan, IT IS HEREBY ORDERED that the parties shall appear before the Court on September 8, 2009 at 10:00 AM to explain their failure to comply with Court orders.

It is FURTHER ORDERED that should the parties resolve their dispute amicably, they shall immediately notify the Court by joint letter to the Court's email address: sullivannysdchambers@nysd.uscourts.gov.

SO ORDERED.

Dated:   August 27, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE